RALPH MASSARO et al., Appellants, v JAINA NETWORK SYSTEMS, INC., et al., Respondents.

Submitted June 24, 2013; decided September 10, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of MICHAEL S. PASCAZI, Appellant, v COLLEEN C. GARDNER, as Commissioner of Labor, Respondent.

Decided September 10, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OLIV-ERIO GALINDO, Appellant.

Submitted May 28, 2013; decided September 10, 2013

Motion to dismiss appeal denied.